Case 3:18-cv-06917-JSC   Document 5   Filed 12/17/18   Page 1 of 2



# UNITED STATES DISTRICT COURT
## Northern District of California

SUSAN Y. SOONG  
Clerk of Court

450 Golden Gate Avenue  
San Francisco, CA 94102  
(415) 522-4621  
Fax (415) 522-2150

**RETURNED CHECK - NOTICE OF PAYMENT DUE**

Notice Date: Dec 04, 2018

Mendia and McDowell LLC  
405 14th St, Ste 600  
Oakland, CA 94612

| | |
|---|---|
| Case Number: | 3:18-CV-006917-001 |
| Case Title: | Garlipp et al v. Bennett |

The check described below has been returned unpaid by your bank. Pursuant to the fee schedule adopted by the Judicial Conference of the United States, an additional NSF fee of $53.00 has been assessed.

You are also advised that all further payments to the court must be in the form of cash, money order or cashier's check, unless you can provide written proof from your bank that the error was the fault of the bank.

### This total amount is due for the following unpaid check.

| | | | |
|---|---|---|---|
| Receipt Number: | 44611015884 | Receipt Date: | Nov 21, 2018 |
| Check Number: | 1007 | Check Date: | Nov 15, 2018 |
| Purpose of Check: | Civil Filing Fee | | |
| Check Amount: | 400.00 | | |
| NSF Fee: | 53.00 | | |
| **Amount Due:** | **453.00** | | |
| Due Date: | Dec 13, 2018 | | |

Please mail a money order or cashier's check payable to **Clerk, U.S. District Court** for the amount due to the following address:

United States District Court  
450 Golden Gate Avenue, 16th floor  
San Francisco, CA 94102

Please return this letter to ensure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-4621.