Erik Bauman SBN 293255
THE LAW OFFICE OF ANDREW SERROS
2120 University Ave. Suite 730
Berkeley, California 94704
510-500-5888
erikb@serros-law.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JADEADA GARLIPP, CALEB GARLIPP, LILLIAN PHAETON, PARIS ALEXANDER, and JAMES ALEXANDER<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BENNETT, BERNIE MENDIA, and DOES 1-10.<br><br>Defendants. | Case Number: 3:18-CV-06917-WHO<br><br>**CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

The Plaintiffs in the above-entitled action submit this CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9. Plaintiff's counsel has not had contact with Defendants aside from their filings with this Court.

1. Jurisdiction & Service

Plaintiffs have a pending motion to remand for lack of jurisdiction based on the failure of Defendants to meet their burden to have the case removed on that basis.

2. Facts

Plaintiffs are long term tenants at the subject property, which has become increasingly dilapidated over the years. In addition, Defendants allegedly engaged in conduct that violates local ordinances and other statutes.

3. <u>Legal Issues</u>
Plaintiff is unaware of Defendants' legal contentions as they have not responded to the lawsuit, and seem to be inviting Plaintiffs to obtain a default judgment.

4. <u>Motions</u>
Plaintiffs' Motion to Remand is being re-noticed.

5. <u>Amendment of Pleadings</u>
No amendment is anticipated at this time.

6. <u>Evidence Preservation</u>
The parties have not conferred as Defendants have not contacted Plaintiff's counsel regarding the case, and Plaintiff's counsel does not have reliable or responsive contact information for the Defendants.

7. <u>Disclosures</u>
There have been no disclosures thus far, and Plaintiffs' Motion to Remand must be heard as a threshold issue regarding jurisdiction.

8. <u>Discovery</u>
Given the apparent invitation to take a default judgment, discovery is not anticipated at this stage.

9. <u>Class Actions</u>
N/A

10. <u>Related Cases</u>
N/A

11. <u>Relief</u>
Plaintiffs seek damages according to proof, including emotional, statutory, punitive damages, and attorney fees.

12. <u>Settlement and ADR</u>

There are no anticipated settlement discussions at this time. Plaintiffs are open to any settlement discussions, mediation, or other forms of alternative dispute resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>

Defendants failed to consent or decline the Magistrate, and the case has been reassigned.

14. <u>Other References</u>

At this time no other procedures are anticipated or seen as beneficial.

15. <u>Narrowing of Issues</u>

Lack of meaningful communication has made this not possible at this time.

16. <u>Expedited Trial Procedure</u>

Unknown at this time.

17. <u>Scheduling</u>

Plaintiff's request a hearing on their motion to remand at the earliest allowable date.

18. <u>Trial</u>

In the event the case proceeds and there is not a default, Plaintiffs request a jury trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>

None known at this time.

20. <u>Professional Conduct</u>

Plaintiffs' counsel has reviewed the guidelines.

21. <u>Other</u>

N/A

///

1
2
3    Dated: 2/7/19                    _____
4                                      Counsel for Plaintiffs
5
                        CASE MANAGEMENT ORDER
6
The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved
7
as the Case Management Order for this case and all parties shall comply with its provisions. [In
8
addition, the Court makes the further orders stated below:]
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   IT IS SO ORDERED.
25   Dated:
                                        _____
26                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE
27
28
                              Page **4** of **4**