UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADEADA GARLIPP, et al., | Case No.: 18-cv-06917-WHO |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| ROBERT BENNETT, | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1)     I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)     On 3/28/2019, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Robert  Bennett
Avenida Paseo de la Reforma 27
Interior 911, Colonia Tabacalera
Ciudad de Mexico, Mexico 06030
,


Dated: 3/28/2019


Susan Y. Soong
Clerk, United States District Court


By:  _Jean M. Davis_

Jean Davis, Deputy Clerk to the
William H. Orrick