UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

March 29, 2019

Alameda Superior Court
1225 Fallon Street
Oakland, CA  94612

RE:  Jadeada Garlipp, et al. v.  Robert Bennett
     18-cv-06917-WHO

Your Case Number:  RG18926223

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order (Minutes)

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

_____
by:  Alfred Amistoso
Case Systems Administrator
415 522-2006