*WHO*

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

