UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

ENDORSED
FILED
ALAMEDA COUNTY

APR 0 2 2019

CLERK OF THE SUPERIOR COURT
By: ERICA BAKER, Deputy

March 29, 2019

RECEIVED
APR 0 2 2019
By _____
ALAMEDA COUNTY SUPERIOR COURT

Alameda Superior Court
1225 Fallon Street
Oakland, CA  94612

RE:  Jadeada Garlipp, et al. v.  Robert Bennett
     18-cv-06917-WHO

Your Case Number:  RG18926223

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order (Minutes)

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Alfred Amistoso* (signature)

by:  Alfred Amistoso
Case Systems Administrator
415 522-2006

WHO

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

OAKLAND
CA 945
09 APR '19
PM 6 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680